**Steven G. AMUNRUD, Relator,**

v.

**ADVANCE UNITED EXPRESSWAY and MIGA/ASU Risk Management Services, Ltd., Respondents.**

No. A04–339.

Supreme Court of Minnesota.

May 27, 2004.

ORDER

Based upon all the files, records and proceedings herein,

IT IS HEREBY ORDERED that the decision of the Workers' Compensation Court of Appeals filed February 2, 2004, be, and the same is, affirmed without opinion. *See* Minn. R. Civ.App. P. 136.01.

---

BY THE COURT:

/s/ James H. Gilbert
Associate Justice